**FILED**
CLERK, U.S. DISTRICT COURT

**5/22/2024**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GREGORY BACA,<br><br>Defendant. | CR No. 5:24-CR-00133-JAK<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 111(a)(1), (b):<br>Assault on a Federal Officer<br>Resulting in Bodily Injury] |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), (b)]

On or about October 11, 2023, in San Bernardino County, within the Central District of California, defendant MICHAEL GREGORY BACA intentionally and forcibly assaulted, impeded, intimidated, and interfered with victim T.V., a Federal Bureau of Prisons Specialist at the Victorville Federal Correctional Institution II in Victorville, California, and in doing so made physical contact with T.V., while T.V. was engaged in, and on account of, the performance

//

//

//

1  of T.V.'s official duties, resulting in the infliction of bodily

2  injury.

3

4                                        A TRUE BILL

5

6                                        ___/s/_____

7                                        Foreperson

8  E. MARTIN ESTRADA
   United States Attorney

9

10 MACK E. JENKINS
   Assistant United States Attorney
   Chief, Criminal Division

11

12

13 IAN V. YANNIELLO
   Assistant United States Attorney

14 Chief, General Criminal Division

15 BENEDETTO L. BALDING
   Assistant United States Attorney

16 Deputy Chief, General Crimes
   Section

17

18 K. AFIA BONDERO
   Assistant United States Attorney

19 Major Frauds Section

20

21

22

23

24

25

26

27

28