# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | ED CR24-00133 JAK |
| Date | May 15, 2025 |
| Present: The Honorable | John A Kronstadt |
| Interpreter | |

| Daniel Torrez | Suzanne McKennon | Matthew Coe-Odess / Eric Mackie |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael Gregory Baca | X | X | | Rose Statman, DFPD | X | X | |
| | | | | R. Reid Rowe, DFPD | X | X | |

___ Day COURT TRIAL    3rd Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;    ___ Begun (1st day);    X Held & continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

X Witnesses called, sworn and testified.

___ Exhibits identified    ___ Exhibits admitted

___ Government rests.    X Defendant(s) Michael Gregory Baca rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

X Closing arguments made    X Court instructs jury    X Bailiff sworn

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused    X Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:

Dft #  ___ found guilty on counts ___    ___ found not guilty on counts ___
Dft #  ___ found guilty on counts ___    ___ found not guilty on counts ___
Dft #  ___ found guilty on counts ___    ___ found not guilty on counts ___
Dft #  ___ found guilty on counts ___    ___ found not guilty on counts ___
Dft #  ___ found guilty on counts ___    ___ found not guilty on counts ___

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.    ___ Remand/Release# ___ issd.    ___ Dft # ___ released from custody.

___ Bond exonerated as to Dft # _____

X Case continued to 5/16/25 at 9:00 a.m. for further trial/further jury deliberation.

___ Other: 

4 : 11

Initials of Deputy Clerk DT

X USM    ___ USPPO