# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | ED CR24-00133 JAK |
| Date | May 16, 2025 |
| Present: The Honorable | John A Kronstadt |
| Interpreter | |

| Daniel Torrez | Suzanne McKennon | Matthew Coe-Odess / Eric Mackie |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael Gregory Baca | ☒ | ☒ | ☐ | Rose Statman, DFPD | ☒ | ☒ | ☐ |
| | | | | R. Reid Rowe, DFPD | ☒ | ☒ | ☐ |

____ Day COURT TRIAL    4th Day JURY TRIAL    ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   ____ Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

____ Witnesses called, sworn and testified.

____ Exhibits identified    ____ Exhibits admitted

____ Government rests.    ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury    ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused    ____ Jury retires to deliberate    ☒ Jury resumes deliberations

____ Finding by Court as follows:

| Dft # | found guilty on counts | found not guilty on counts |
|---|---|---|
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

____ Jury polled    ____ Polling waived

☒ Filed Witness & Exhibit lists    ☒ Filed Jury notes    ☒ Filed Jury Instructions    ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.   ____ Remand/Release# ____ issd.   ____ Dft # ____ released from custody.

____ Bond exonerated as to Dft # _____

____ Case continued to _____ for further trial/further jury deliberation.

____ Other: The Court declares a MISTRIAL. Jurors thanked and excused. Trial Setting Conference set for May 22, 2025, at 8:30 a.m.

3 : 57

Initials of Deputy Clerk DT

☒ USM    ____ USPPO