**FILED**
CLERK, U.S. DISTRICT COURT
5/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DT_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | No. ED CR24-00133 |
|---|---|
| Plaintiff, | |
| v. | **JURY NOTE NUMBER** 1 |
| Michael Gregory Baca, | |
| Defendant. | |

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

  X       THE JURY REQUESTS THE FOLLOWING:

Are we able to see the code of conduct of an acting activities lieutenant and SSI

Dated: 5/15/25

FOREPERSON OF THE JURY [REDACTED]

1

1:55 p