**FILED**
CLERK, U.S. DISTRICT COURT
5/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DT_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br>v.<br>Michael Gregory Baca,<br>        Defendant. | No. ED CR24-00133<br><br>**JURY NOTE NUMBER 2** |

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

___X___   THE JURY REQUESTS THE FOLLOWING:

review video footage
_____
_____
_____
_____

Dated: 5/15/2025

**REDACTED**
FOREPERSON OF THE JURY

1

1:55 pm