FILED
CLERK, U.S. DISTRICT COURT
5/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY: DT DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Gregory Baca,<br><br>    Defendant. | No. ED CR24-00133<br><br>JURY NOTE NUMBER 3 |

☐ THE JURY HAS REACHED A UNANIMOUS VERDICT

☒ THE JURY REQUESTS THE FOLLOWING:

What is the difference between re-state & reframe? The same exact words?

What is 401/403?

Dated: 5/15/2025

**REDACTED**

FOREPERSON OF THE JURY

2:16