FILED
CLERK, U.S. DISTRICT COURT
5/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DT___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | No. ED CR24-00133 |
|---|---|
| Plaintiff, | |
| v. | **JURY NOTE NUMBER 4** |
| Michael Gregory Baca, | |
| Defendant. | |

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__    THE JURY REQUESTS THE FOLLOWING:

We did a preliminary vote, and it was split. Do we keep deliberating and for how long

Dated: 5/15/2025

**REDACTED**

FOREPERSON OF THE JURY

1

3:49