**FILED**
CLERK, U.S. DISTRICT COURT
5/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY: DT  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Michael Gregory Baca,<br>　　　　Defendant. | No. ED CR24-00133<br><br>**JURY NOTE NUMBER** 5 |

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__  THE JURY REQUESTS THE FOLLOWING:

Jurors are unable to change their positions. What do we do now?

Dated: 5/15/2025

**REDACTED**

FOREPERSON OF THE JURY

1

4:46