**FILED**
CLERK, U.S. DISTRICT COURT
5/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY: DT DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. ED CR24-00133 |
| Plaintiff, | |
| v. | JURY NOTE NUMBER 6 |
| Michael Gregory Baca, | |
| Defendant. | |

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

Can we get a copy of the defendant's testimony from right before he describes punching the victim?

Dated: 5/16/2025

**REDACTED**

FOREPERSON OF THE JURY

10:49