**FILED**
CLERK, U.S. DISTRICT COURT
5/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_DT\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | No. ED CR24-00133 JAK |
|---|---|
| Plaintiff, | |
| v. | **JURY NOTE NUMBER** ~~6~~ 7 |
| Michael Gregory Baca, | |
| Defendant. | |

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

✗   THE JURY REQUESTS THE FOLLOWING:

What is the overall mission of officer Valeriote agencies

Dated: 5/16/25

**REDACTED**

FOREPERSON OF THE JURY

1

11:16