**FILED**

CLERK, U.S. DISTRICT COURT

5/21/25

CENTRAL DISTRICT OF CALIFORNIA

BY: _____ DT _____ DEPUTY

1

2

3

4

5        # UNITED STATES DISTRICT COURT

6        ## CENTRAL DISTRICT OF CALIFORNIA

7

8    United States of America,                No. ED CR24-00133 JAK

9            Plaintiff,

     v.                                        **JURY NOTE NUMBER** ___8___

10

11   Michael Gregory Baca,

            Defendant.

12

13

14                              THE JURY HAS REACHED A UNANIMOUS VERDICT

15

16        X                     THE JURY REQUESTS THE FOLLOWING:

17                              Does the hour for the court

18                              reporter start immediately.?

19                              Or has it already started?

20

21

22

23   Dated: 5/16/2025          REDACTED

24

25                              FOREPERSON OF THE JURY

26

27

28                                     1

11:46