**FILED**
CLERK, U.S. DISTRICT COURT
5/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY: DT DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | No. ED CR24-00133 JAK |
|---|---|
| Plaintiff, | |
| v. | **JURY NOTE NUMBER 9** ~~10~~ |
| Michael Gregory Baca, | |
| Defendant. | |

☐ THE JURY HAS REACHED A UNANIMOUS VERDICT

☒ THE JURY REQUESTS THE FOLLOWING:

What is the definition of "official duties" and "scope of his employment" and "agency's overall mission" in court instruction 12.

Dated: 5/16/25

**REDACTED**

FOREPERSON OF THE JURY

1

12:45