**FILED**
CLERK, U.S. DISTRICT COURT
5/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DT_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>      Plaintiff,<br>v.<br>Michael Gregory Baca,<br>      Defendant. | No. ED CR24-00133 JAK<br><br>**JURY NOTE NUMBER** 10 |

☐ THE JURY HAS REACHED A UNANIMOUS VERDICT

☒ THE JURY REQUESTS THE FOLLOWING:

Is the term "respectful" or "profanity" used in either the agency mission statement or the official duty of an acting activities for lieutenant

Dated: 5/16/25

**REDACTED**

FOREPERSON OF THE JURY

12:45