**FILED**
CLERK, U.S. DISTRICT COURT
5/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DT___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. ED CR24-00133 JAK |
| Plaintiff, | |
| v. | **JURY NOTE NUMBER** ~~11~~ 12 |
| Michael Gregory Baca, | |
| Defendant. | |

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

___X___   THE JURY REQUESTS THE FOLLOWING:

Is the court reporter ready to read the transcript to us in the court room

Dated: 5/16/2025

**REDACTED**

FOREPERSON ~~OF THE JURY~~

1

1:06