**FILED**
CLERK, U.S. DISTRICT COURT
5/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY: DT DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br>     Plaintiff, <br> v. <br> Michael Gregory Baca, <br>     Defendant. | No. ED CR24-00133 JAK <br><br> **JURY NOTE NUMBER** 12 |

☐ THE JURY HAS REACHED A UNANIMOUS VERDICT

☒ THE JURY REQUESTS THE FOLLOWING:

What is "intentionally" define as?
What is "willfully attempt" define as?
when referreeing forcible assault.

Dated: 5/16/25

**REDACTED**

FOREPERSON OF THE JURY

1

2:28