**FILED**
CLERK, U.S. DISTRICT COURT
5/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_DT\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | No. ED CR24-00133 JAK |
|---|---|
| Plaintiff, | |
| v. | **JURY NOTE NUMBER** 13 |
| Michael Gregory Baca, | |
| Defendant. | |

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✗ THE JURY REQUESTS THE FOLLOWING:

- Is someone motive considered in "intentionally"?
- What is consider "strike" in the definition of forcible assault?
- Is reflex consider "intentionally"

Dated: 5/16/25

**REDACTED**

FOREPERSON OF THE JURY

1

2:28