**FILED**
CLERK, U.S. DISTRICT COURT
5/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_DT\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. ED CR24-00133 JAK |
| Plaintiff, | |
| v. | **JURY NOTE NUMBER** 14 |
| Michael Gregory Baca, | |
| Defendant. | |

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

  X    THE JURY REQUESTS THE FOLLOWING:

The jury cannot come to a verdict. We ask to be discharged. Positions are not changing despite discussions and questions answered.

Dated: 5/16/2025

**REDACTED**

FOREPERSON OF THE JURY

1

4:24